# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-03336-ODW (JCR) | Date | June 5, 2008 |
|---|---|---|---|
| Title | **KEON TAYLOR v. W.J. SULLIVAN** | | |

Present: The Honorable — JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE

| Debra Taylor | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:   Attorneys Present for Respondent:

Not Present   Not Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 4, 2007, the Court stayed Keon Taylor's ("Petitioner's") Petition so that Petitioner could further exhaust his claim(s) in state court. The Court ordered Petitioner to file a Status Report with the Court by June 30, 2007, advising the Court on the status of the matter in the state court, and then on the last day of the month each month thereafter. In addition, Petitioner was ordered to provide the Court with a file-stamped copy of any final rulings or orders of the state court within thirty days of their issuance, and with any petitions Petitioner filed and subsequently filed in those courts.

Petitioner's last Status Report filed with the Court was filed on March 10, 2008. The Court has yet to receive any further status reports. Thus, Petitioner has failed to adhere to the Court's June 4, 2007, Order requiring Petitioner to file periodic status reports with the Court on the last day of each month.

Accordingly, on or before **July 7, 2008**, Petitioner is **ORDERED** to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and failure to comply with the Court's June 4, 2007, Order or (b) file a Status Report on the progress of Petitioner's claims in state court and any final rulings, orders, or petitions filed in those courts.

Petitioner is forewarned that, if he fails to respond on or before **July 7, 2008**, the Court will deem such failure as further evidence of a lack of prosecution on Petitioner's part that may result in a recommendation that the action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Initials of Preparer   dts