FILED

APR 2 1 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KEON TAYLOR,                        )   Case No.   CV 06-3336-ODW (MLG)
                                    )
            Petitioner,             )   ORDER ACCEPTING AND ADOPTING
                                    )   FINDINGS AND RECOMMENDATIONS OF
       v.                           )   UNITED STATES MAGISTRATE JUDGE
                                    )
W.J. SULLIVAN, WARDEN,              )
                                    )
            Respondent.             )
_____)

        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the
petition and all of the records and files including the Report and
Recommendation of the United States Magistrate Judge. The Court
accepts and adopts the findings and recommendations in the Report and
Recommendation and orders that judgment be entered denying the
petition with prejudice.

Dated: April 20, 2009

_____
Otis D. Wright, II
United States District Judge