**FILED**
APR 21 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 /ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEON TAYLOR,<br><br>    Petitioner,<br><br>    v.<br><br>W.J. SULLIVAN, WARDEN,<br><br>    Respondent. | Case No. CV 06-3336-ODW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _April 20, 2009_

_____
Otis D. Wright, II
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY